UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Ronald Kevin Bradberry                                            CASE NO. 8:15-07406-MGW

                  Debtor(s)
_____/

## TRUSTEE'S REPORT OF SALE

For, and in consideration of the sum of $3,893.42 paid, the receipt is hereby acknowledged, ANGELA STATHOPOULOS, TRUSTEE FOR Ronald Kevin Bradberry hereby conveys and transfers to Ronald Kevin Bradberry all rights, title and interest, if any, she may have as Trustee have in the following described personal property:

**2000 Ford Excursion Ltd (VIN: 1FMNU43S1YEE51320)**

ANGELA STATHOPOULOS, AS TRUSTEE, DISCLAIMS ANY WARRANTY OF ANY KIND AS TO THE MERCHANTABILITY OR FITNESS FOR PARTICULAR PURPOSE, EXPRESS OR IMPLIED IN THE ABOVE ITEMS.

This sale is "AS IS, WHERE IS".
Dated: January 12, 2016.

                                                                     */s/ Angela Stathopoulos*
                                                                      ANGELA STATHOPOULOS, TRUSTEE
                                                                      39040 U.S. Hwy 19 N.
                                                                      Tarpon Springs, FL 34689
                                                                      Phone: (727) 938-8775

cc: U.S. TRUSTEE